IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN PATRICIA SUPPLEE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 12-1242 |
| ACTING COMMISSIONER OF SOCIAL SECURITY | : | |

## ORDER

AND NOW, this 9th day of October, 2013, upon consideration of Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, Defendant's Response thereto, Plaintiff's Reply and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge,, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Docket Entry No. 22) is **GRANTED.**

3. Plaintiff Carolyn Patricia Supplee is awarded Nine Thousand Nine Hundred and 00/100 dollars ($9,900.00) in attorney's fees and Three Hundred Fifty and 00/100 dollars ($350.00) in costs.

BY THE COURT:

C. DARNELL JONES, II, J.